IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALMEDIA HENDERSON                                          PLAINTIFF

          v.               Civil No. 06-1015

MICHAEL J. ASTRUE[1], COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                             DEFENDANT


## J U D G M E N T

Now on this 20th day of March, 2007, for reasons set forth in a Memorandum Opinion entered concurrently herewith, the decision of Michael J. Astrue, Commissioner, Social Security Administration, denying Almedia Henderson a closed period of disability and Social Security disability insurance benefits, is **affirmed**.

   **IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE

---

[1]Michael J. Astrue became the Social Security Commissioner on February 12, 2007, and pursuant to F.R.C.P. 25(d(1), he has been substituted for Jo Anne B. Barnhart as defendant in this suit.